■ THEODORE CHAPMAN, Respondent, v SCHINDLER ELEVATOR CORPORATION, Respondent, and 1345 FEE, LLC, et al., Appellants. [974 NYS2d 883]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Mark Friedlander, J.), entered on or about October 22, 2012, and said appeal having been withdrawn before

argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 9, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Sweeny, Acosta and Manzanet-Daniels, JJ.